UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Josephine Adu-Gyane and Rosalind Marie Lewis, as Co-Trustees for the Next-of-Kin of Kingsley Fifi Bimpong,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Joseph Moseng, Martin Jensen, and Liam O'Shea, in their individual capacities as Eagan Police Officers; Eduardo Decache, Brittany Corbin, Ramsey Strickland, Manuel Hernandez, Heather Hedden, Christopher Severson, and Lucio Manuel Marquez Zazueta, in their individual capacities as Dakota County correctional officers; and Dakota County,<br><br>　　　　　Defendants. | Case No.  25-cv-3881 (KMM/SGE)<br><br>**ACKNOWLEDGEMENT AND ACCEPTANCE OF SERVICE OF PROCESS ON BEHALF OF DEFENDANTS JOSEPH MOSENG, MARTIN JENSEN, AND LIAM O'SHEA** |

　　　　I, Vicki A. Hruby, represent that I have received the Complaint in this matter on behalf of Defendants Joseph Moseng, Martin Jensen, and Liam O'Shea, acting in their individual capacities as Eagan Police Officers.  Pursuant to Federal Rules of Civil Procedure 4(d) and 4(e)(2)(C), I represent that I am authorized to and do hereby accept service of the same on behalf of these Defendants.  I understand that by accepting such service, these Defendants will retain all defenses or objections to this lawsuit or to the jurisdiction or venue of the Court, except for objections based on a defect in service of process.

　　　　Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), I further understand that a judgment may be entered against a Defendant if an answer or motion under Rule 12 of

96514836.1

the Federal Rules of Civil Procedure on behalf of that Defendant is not served on or before **December 8, 2025.**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 21, 2025.

          **JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

          By: s/ Vicki A. Hruby
          Joseph E. Flynn, #165712
          Vicki A. Hruby, #0391163
          576 Bielenberg Drive, Suite 100
          Woodbury, MN 55125
          Telephone: (651) 290-6500
          Facsimile: (651) 223-5070
          jflynn@jlolaw.com
          vhruby@jlolaw.com

          *Attorneys for Defendants Joseph Moseng, Martin Jensen, and Liam O'Shea*

96514836.1